On respondent's petition for reconsideration filed May 25, motion for relief from default granted; reconsideration allowed; former disposition (202 Or App 667, 123 P3d 378) withdrawn; affirmed August 2, petition for review denied October 3, 2006 (341 Or 450)

STATE OF OREGON,
*Respondent,*

*v.*

ROSEMARY VOLAGE,
*Appellant.*

0309-34733; A126641

140 P3d 1152

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).